Paul A. Cardinale, State Bar No. 215812
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants WELLPATH LLC (erroneously sued as "Wellpath Medical") and MATTHEW WONG, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA SUGGETT,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SOLANO COUNTY JUSTICE CENTER, et al.,<br><br>　　　　Defendants. | CASE NO. 2:23-cv-00907-TLN-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WELLPATH LLC AND MATTHEW WONG, M.D.'S MOTION OPTING OUT OF EARLY SETTLEMENT CONFERENCE**<br><br>Complaint Filed:　　May 15, 2023<br>1st. Am. Comp. Filed:　September 14, 2023<br>2nd Am. Comp. Filed:　November 29, 2023<br>Trial Date:　　　　None Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Good cause being shown, the Court orders as follows on Defendants Wellpath, LLC (erroneously sued as "Wellpath Medical") and Matthew Wong, M.D.'s (collectively referred to herein as Defendants) Motion to Opt Out of Early Settlement Conference:

IT IS HEREBY ORDERED that the Defendants' Motion to Opt Out of Early Settlement Conference, ECF No. 21, is granted.

IT IS HEREBY ORDERED that the Court's stay, ECF No. 20, is lifted.

IT IS SO ORDERED.

Dated:　August 8, 2024　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE