1

2

3

4                       UNITED STATES DISTRICT COURT

5                       EASTERN DISTRICT OF CALIFORNIA

6

7    LAYLA SUGGETT,                           No. 2:23-cv-00907-TLN-JDP

8                 Plaintiff,

9          v.                                 **RELATED CASE ORDER**

10   SOLANO COUNTY, et al.,

11               Defendants.

12

13   LAYLA SUGGETT,                           No. 2:23-CV-01353-TLN-CSK

14               Plaintiff,

15         v.

16   SOLANO COUNTY JUSTICE CENTER,
     et al.,
17
                 Defendants.
18

19

20

21       Examination of the above-captioned actions reveals they are related within the meaning of

22   Local Rule 123(a).  The assignment of these matters to the same judge is likely to effect a

23   substantial savings of judicial effort and is likely to be convenient for the parties.

24       Relating the cases under Local Rule 123, however, merely has the result that both actions

25   are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of

26   this Court, related cases are generally assigned to the judge and magistrate judge to whom the

27   first filed action was assigned.  Should either party wish to consolidate the actions, the

28   appropriate motion or stipulation must be filed.

1

IT IS THEREFORE ORDERED that the action denominated 2:23-cv-01353-TLN-CSK is reassigned to District Judge Troy L. Nunley and Magistrate Judge Jeremy D. Peterson, and the caption shall read 2:23-cv-01353-TLN-JDP.  Any dates currently set before Magistrate Judge Chi Soo Kim are hereby VACATED.

IT IS SO ORDERED.

Dated: December 5, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE