UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA SUGGETT,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY JUSTICE CENTER, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-0907-JDP (P)<br><br>ORDER |

Plaintiff, a pretrial detainee, brings this § 1983 case against Wellpath LLC, Dr. Wong, and Solano County. Pending before the court is defendants' Wellpath LLC and Dr. Wong ("the Wellpath defendants") motion to consolidate this action with *Suggest v. Solano County Justice Center*, 2:23-cv-1353-TLN-JDP.[1] ECF No. 25.

Before the motion was fully briefed, the Wellpath defendants filed a notice of suggestion of bankruptcy. ECF No. 28. The bankruptcy action against Wellpath LLC resolved on May 9, 2025, and any potential stay is now unnecessary. *See Vue v. County of Yuba*, 2:21-cv-2222-TLN-CSK, ECF No. 64; *In re Wellpath Holdings, Inc., et al.*, 24-90533 (ARP).

---

[1] The Wellpath defendants did not first seek a notice of related cases, as required by Local Rule 123. I ordered them to do so. ECF No. 26. The Wellpath defendants filed a notice on November 8, 2024, ECF No. 27, and the district judge issued a related case order on December 6, 2024, ECF No. 30.

1

While plaintiff has filed an opposition to the motion to consolidate, ECF No. 29, defendant Solano County has not provided a response to the Wellpath defendants' motion to consolidate. So that the court may have a full understanding of the parties' respective positions, Solano County is directed to file a response to the Wellpath defendants' motion within fourteen days.

Accordingly, it is hereby ORDERED that Solano County file a response to the Wellpath defendants' motion to consolidate, ECF No. 25, within fourteen days of this order's issuance.

IT IS SO ORDERED.

Dated:   May 23, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE